UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
LUIS CALLE,

              Plaintiff,

                                           **ORDER**
       -against-                           CV 16-3929 (ADS) (AKT)

MEATBALLS, INC. d/b/a, MARONI
CUISINE and MICHAEL MARONI,

              Defendants.
-------------------------------------------------------x
**TOMLINSON, United States Magistrate Judge**:

       It is HEREBY ORDERED that the above entitled action brought pursuant to the Fair Labor Standards Act be referred to mediation pursuant to Local Rule 83.8, and it is further

       ORDERED that counsel shall consult with the ADR Administrator, Robyn Weinstein, 718-613-2578, with respect to securing an FLSA mediator from the Court's panel.

Dated: Central Islip, New York
       November 7, 2016

                                                            /s/ A. Kathleen Tomlinson
                                                            A. KATHLEEN TOMLINSON
                                                            United States Magistrate Judge