# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

December 5, 2016

**VIA ECF AND FAX (631) 712-5766**

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4449

Re: *Luis Calle v. Meatballs, Inc. d/b/a Maroni Cuisine and Michael Maroni*
16 Civ. 3929 (ADS)(AKT)

Dear Judge Tomlinson:

We represent plaintiff in the above-referenced matter. Together with counsel for defendants, we write to respectfully request an extension of time to complete mediation, as well as an adjournment of the Status Conference scheduled on January 5, 2017 at 3:30 p.m.

The Parties have agreed on a mediator from the E.D.N.Y. mediation panel, however, due to a number of scheduling conflicts, the earliest date for which the Parties were able to schedule the mediation was January 12, 2017. The Parties will submit a status report to Your Honor regarding the outcome of the mediation on January 13, 2017 and we propose January 17, 2017, January 19, 2017, and January 20, 2017 as alternate dates for the Status Conference. The parties have not made any previous requests for an adjournment of this conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

Vivianna Morales

cc: James P. Clark, Esq. (attorney for defendants)