UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LUIS CALLE,

                Plaintiff,

   - against –

MEATBALLS, INC. d/b/a MARONI CUISINE and
MICHAEL MARONI,

                Defendants.
------------------------------------------------------------------x

Index No. 16-CV-3929

**STIPULATION**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 30 2017 ★
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for Plaintiff Luis Calle and Defendants Meatballs Inc., d/b/a Maroni Cuisine, and Michael Maroni, that Defendant Meatballs Inc. has an annual gross volume of sales in excess of $500,000.

Dated: January 20, 2017

LAW OFFICES OF JAMES P. CLARK, P.C.

By: _____
James P. Clark (JPC-0824)
*Attorneys for the Defendants
Meatballs Inc. d/b/a Maroni Cuisine,
and Michael Maroni*
256 Main Street, Suite 202
Northport, New York 11768
(631) 261-1040

PECHMAN LAW GROUP PLLC

By: _____
Louis Pechman
*Attorneys for Plaintiff Luis Calle*
488 Madison Avenue – 11th Floor
New York, New York 10022
(212) 583-9500

**SO ORDERED**

/s/ A. Kathleen Tomlinson
_____
A. Kathleen Tomlinson
United States Magistrate Judge
Date: Jan 30 2017
Central Islip, N.Y.